**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Reda Mae Palmer, ) | No. CV 04-2362-PCT-SMM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Web Industries Inc., ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pending before the Court is Defendant's Motion for Reconsideration of the Court's Order denying its Motion to Dismiss. (Dkt. 73.) Under LRCiv 7.2(g), no response to a motion for reconsideration shall be filed unless ordered by the Court. In order to properly analyze the issue presented by Defendant's Motion for Reconsideration, including Defendant's proposed stipulations set forth on pages 5-6, the Court will require limited additional briefing from Plaintiff. Accordingly,

**IT IS HEREBY ORDERED** that, no later than Monday, February 26, 2007, Plaintiff shall file a response to Defendant's Motion for Reconsideration. Plaintiff's response shall specifically address the proposed stipulations set forth on pages 5-6 of Defendant's Motion..

DATED this 13th day of February, 2007.

Stephen M. McNamee
United States District Judge