**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Reda Mae Palmer, | ) | No. CV 04-2362-PCT-SMM |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Web Industries Inc., | ) ) | |
| Defendant. | ) ) | |
| | ) | |

Pending before the Court is Plaintiff's Motion to Continue Pretrial Conference.  (Dkt. 75.)  For good cause shown,

**IT IS HEREBY ORDERED GRANTING** Plaintiff's Motion to Continue Pretrial Conference.  (Dkt. 75.)

**IT IS FURTHER ORDERED** that the Final Pretrial Conference scheduled for April 10, 2007 at 3:00 p.m. is continued to April 26, 2007 at 4:00 p.m.

**IT IS FURTHER ORDERED** that the deadlines in the Final Pretrial Order issued on February 6, 2007 shall be modified as follows:

a)   Proposed Pretrial Order shall be submitted to the Court no later than 5:00 p.m. on March 26, 2007.

b)   The parties shall serve and file all motions in limine no later than March 26, 2007.

1    c) Responses to motions in limine are due no later than April 2, 2007.

2    DATED this 15th day of February, 2007.

3

4

5    Stephen M. McNamee
     United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    - 2 -