**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Reda Mae Palmer, | ) | No. CV 04-2362-PCT-SMM |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Web Industries Inc., | ) ) | |
| Defendant. | ) ) ) | |

Pending before the Court is the parties' Stipulation for Dismissal with Prejudice [Doc. No. 112]. After consideration of the parties' Stipulation,

**IT IS HEREBY ORDERED** that the parties' Stipulation for Dismissal with Prejudice [Doc. No. 112] is **GRANTED**, and this matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees incurred in connection with this case.

**IT IS FURTHER ORDERED** that the Status Conference currently scheduled for August 27, 2007, at 1:30 pm is hereby **VACATED**.

DATED this 22nd day of August, 2007.

Stephen M. McNamee
United States District Judge